**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Sean MATSUNAGA, Defendant—**
**Appellant.**

No. 06–10214.

United States Court of Appeals,
Ninth Circuit.

Submitted June 18, 2008.*

Filed July 2, 2008.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald G. Johnson, Esq., USH—Office of the U.S. Attorney PJKK Federal Building, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Sean Matsunaga appeals from the district court's decision, following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), concluding that it would not have imposed a materially different sentence had it known the Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Matsunaga contends that the district court violated his Sixth Amendment rights by relying on judge-found facts to increase his sentence. We conclude that the district court understood "the full scope of [its] discretion in a post-*Booker* world," *see United States v. Combs,* 470 F.3d 1294, 1297 (9th Cir.2006), and that Matsunaga has not raised any issues that are reviewable, *see United States v. Thornton,* 511 F.3d 1221, 1226 (9th Cir.2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.